IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

VINCENT TRAWICK,      *

    Plaintiff      *

vs.      *

        CASE NO. 4:09-CV-103 (CDL)

P.A. JOHNSON, et al.,      *

    Defendant      *

ORDER ON RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge filed on July 12, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 4th day of October, 2010.

                                S/Clay D. Land
                                  CLAY D. LAND
                      UNITED STATES DISTRICT JUDGE