IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| VINCENT EDWARD TRAWICK, | * |
| --- | --- |
| Plaintiff | * |
| vs. | * |
|  | CASE NO. 4:09-CV-103 (CDL) |
| P.A. JOHNSON, Nurse VAUGHN, Major CULPEPPER, et al., | * |
|  | * |
| Defendants | * |

ORDER ON REVISED RECOMMENDATION

After a *de novo* review of the record in this case, the Revised Recommendation filed by the United States Magistrate Judge on December 21, 2011 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit. Plaintiff's motion to amend his complaint (ECF No. 44) is denied as moot.

IT IS SO ORDERED, this 21st day of April, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE